# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# (ORLANDO DIVISION)

CHANTA PARSONS, as Personal Representative of the Estate of RANIYAH GANDY,

    Plaintiff,

v.

SILVER OAKS PROPERTY HOLDINGS LLC, BLUE MAGMA RESIDENTIAL LLC, and CRITICAL PROTECTION SERVICE, LLC,

    Defendants.
_____/

SILVER OAKS PROPERTY HOLDINGS LLC, and BLUE MAGMA RESIDENTIAL LLC,

    Third-Party Plaintiff,

v. STEALTH MONITORING INC.,

    Third-Party Defendant.
_____/

CASE NO.: 2022-CA-008322-O
CASE NO.:

## NOTICE OF REMOVAL

    Pursuant to 28 USC §§ 1141 and 1146, Defendants, SILVER OAKS PROPERTY HOLDINGS LLC ("SILVER OAKS") and BLUE MAGMA RESIDNETIAL LLC ("BLUE MAGMA"), by and through their undersigned

counsel, hereby remove the instant action from the Circuit Court of the Ninth Judicial Circuit of Florida in and for Orange County ("State Court Action") and in support of the removal state as follows:

## THE STATE COURT ACTION

1. The State Court Action was commenced on September 8, 202 by Plaintiff, CHANTA PARSONS, as personal representative of the estate of RANIYAH GANDY ("GANDY"), with the filing of a three count Complaint for Negligence in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida Case No. 2022-CA-008322-O.

2. SILVER OAKS and BLUE MAGMA were served with the Complaint on September 20, 2022.

3. On October 24, 2022, Defendants SILVER OAKS and BLUE MAGMA filed a Motion to Dismiss or in the alternative for a More Definite Statement [ECF 21].

4. On October 26, 2022, GANDY filed her First Motion to Amend Complaint seeking leave to add CRITICAL PROTECTION SERVICE LLC ("CPS") as an additional Defendant, which was granted, and the First Amended Complaint was deemed filed by the Court on November 28, 2022.

5. On November 30, 2022, GANDY filed her Second Motion to Amend Complaint in response to Defendants SILVER OAKS and BLUE MAGMA's

October 24, 2022 Motion to Dismiss, which the Court granted and deemed the Second Amended Complaint filed on January 17, 2023.

6. On January 27, 2023, SILVER OAKS and BLUE MAGMA timely filed their Answer, and Affirmative Defenses in response to Plaintiff's Second Amended Complaint and a Crossclaim against Co-Defendant, CPS.

7. On January 27, 2023, SILVER OAKS and BLUE MAGMA filed a Third Party Complaint against Third-Party Defendant, STEALTH MONITORING INC. ("STEALTH") for Breach of Contract for the underlying allegations of Plaintiff's Second Amended Complaint.

8. On February 9, 2023, an amended Summons was issued by the court as to STEALTH.

9. Third-Party Defendant, STEALTH, is a Texas corporation with its principal address located at 15182 Marsh Lane, Addison, TX 75001-8047.

10. Third-Party Defendant, STEALTH MONITORING INC., was served on February 9, 2023.

11. The Civil Cover Sheet for this Court is attached hereto as **Exhibit "A" – Federal Civil Cover Sheet.**

12. Pursuant to 28 USC § 1446(a), SILVER OAKS and BLUE MAGMA hereby file all process, pleadings and orders served upon SILVER OAKS and BLUE MAGMA in the State Court Action as follows: **Exhibit "B" – State Court**

**Docket; Exhibit "C" – State Court Complaint; Exhibit "D" – State Court Summons as to Defendants SILVER OAKS and BLUE MAGMA; Exhibit "E" – State Court Request to Produce to Defendants SILVER OAKS and BLUE MAGMA; Exhibit "F" – Notice of Propounding Interrogatories to Defendants SILVER OAKS and BLUE MAGMA; Exhibit "G" – General Standing Case Management Plan/Order; Exhibit "H" – Notices of Taking Depositions; Exhibit "I" – Notice of Appearance of Counsel; Exhibit "J" – Default Entered by the Clerk; Exhibit "K" – Motions to Dismiss by each SILVER OAKS and BLUE MAGMA; Exhibit "L" – Request to Produce to Critical Protection Service LLC; Exhibit "M" – Notice of Service of Interrogatories to Critical Protection Service LLC; Exhibit "N" – Motion to Amend Complaint; Exhibit "O" – Motion for Protective Order; Exhibit "P" – Correspondence; Exhibit "Q" – Notice of Service of Answers to Interrogatories by SILVER OAKS; Exhibit "R" – Response to Request to Produce and Privilege Log by SILVER OAKS; Exhibit "S" – Notice of Service of Answers to Interrogatories by BLUE MAGMA; Exhibit "T" – Response to Request to Produce by BLUE MAGMA; Exhibit "U" – Order Granting Motion to Amend; Exhibit "V" – Motion for Leave to Amend Complaint; Exhibit "W" – Amended Complaint; Exhibit "X" – Letter; Exhibit "Y" – Order Granting Motion to Amend; Exhibit "Z" – Answer and Cross Claim by SILVER OAKS; Exhibit "AA" – Answer and Cross Claim by BLUE MAGMA;**

**Exhibit "BB" – Third Party Complaint; Exhibit "CC" – Third Party Summons Issued; Exhibit "DD" – Motion to Appoint Server.**

13. Pursuant to 28 USC § 1446(b)(3), SILVER OAKS and BLUE MAGMA hereby file this notice of removal within thirty days of the filed and served Third-Party Complaint against STEALTH, where it was first ascertained that the case is one which is or has become removable.

14. Pursuant to 28 U.S.C § (c)(1) this case has been timely noticed for removal less than one year from the time this action commenced in state court.

## JURISDICTION

### I. DIVERSITY OF CITIZENSHIP

15. Plaintiff, CHANTA PARSONS as Personal Representative of the Estate of Raniyah Gandy and Third-Party Defendant, STEALTH, and Third-Party Plaintiffs, SILVER OAKS and BLUE MAGMA, and Third-Party Defendant, STEALTH are citizens of different states for purposes of diversity jurisdiction.

16. Based upon the above, Plaintiffs are citizens of the state of Florida and Third-Party Defendant is a citizen of the state of Texas for purposes of evaluating diversity jurisdiction under 28 U.S.C. § 1332. Accordingly, complete diversity of citizenship exists.

### II. AMOUNT IN CONTROVERSY

17. Pursuant to Plaintiff's allegations in her Complaint, the amount in controversy in this action exceeds the $75,000 threshold required under 28 U.S.C. § 1332(a).

### III.  **TIMELINESS OF REMOVAL**

18. This Notice of Removal is being timely filed pursuant to 28 U.S.C. § 1446(b)(3) because it is being filed within thirty (30) days after receipt by these Defendants of any other paper from which it may first be ascertained that the case is one which is or has become removable. Namely, this being the impleading of STEALTH, a foreign Third-Party Defendant for which liability may attach or be apportioned in the underlying matter.

19. Additionally, this Notice of Removal is being filed within one (1) year from commencement of the State Court Action and therefore meets the timeliness requirement set forth in 28 U.S.C. § 1446(c)(1).

20. In sum, because diversity of citizenship exists as between the Plaintiff, CHANTA PARSONS as Personal Representative of Raniyah Gandy, and Third Party Defendant, STEALTH, and Third Party Plaintiffs, SILVER OAKS and BLUE MAGMA and Third Party Defendant, STEALTH, and the amount in controversy exceeds $75,000, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

21. The United States District Court for the Middle District of Florida encompasses actions, like this one, pending in Orange County, Florida. Accordingly, this Court is the proper venue for this action.

22. SILVER OAKS and BLUE MAGMA are the sole active Defendants in this action as no certificate of service exists in the docket indicating that Critical Protection Service, LLC has been served with the State Action Complaint, nor has a summons been issued as to Critical Protection Service, LLC to date.

23. No previous application has been made for the relief requested herein.

24. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for all parties of record and a copy is being filed with the Clerk of the Circuit Court of the Ninth Judicial Circuit of Florida, Orange County.

WHEREFORE, Defendants, SILVER OAKS PROPERTY HOLDINGS LLC and BLUE MAGMA RESIDNETIAL LLC, respectfully remove this action to this Court from the Circuit Court of the Ninth Judicial Circuit, Orange County to the United States District Court for the Middle District of Florida.

Dated: October 11, 2022.

        Respectfully submitted,

        QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

/s/ *Deborah L. Moskowitz*
DEBORAH L. MOSKOWITZ, ESQUIRE
Florida Bar No. 0119563
MARIA SALOME BREEN, ESQUIRE
Florida Bar No. 1025936
255 South Orange Avenue, Suite 900
Orlando, FL. 32801
407-872-6011 Tel.
407-872-6012 Fax
DLMTeam@qpwblaw.com
dmoskowitz.pleadings@qpwblaw.com
dmoskowitz@qpwblaw.com
maria.breen@qpwblaw.com
*Attorneys for Defendants Silver Oaks and Blue Magma*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2023, a true and correct copy of the foregoing has been filed with the Clerk of the Court via the Court's CM/ECF system, which will send electronic notice to all parties and attorneys of record, and a copy has been furnished by electronic mail to Gregorio A. Francis, Esquire, and Ryan A. Fletcher, Esquire, Osborne & Francis, PLLC, 805 S. Kirkman Rd., Suite 205, Orlando, FL 32811, Adam Finkel, Esquire, The Haggard Law Firm, 330 Alhambra Circle, Coral Gables, FL 33134; RFletcher@realtoughlawyers.com, GOwens@realtoughlawyers.com, ACF@haggardlawfirm.com, Joseph A. Wyly, Esquire, Stealth Monitoring, 15182 Marsh Lane, Addison, TX 75001, jwyly@stealthmonitoring.com.

/s/ *Deborah L. Moskowitz*

DEBORAH L. MOSKOWITZ, ESQUIRE
Florida Bar No. 0119563

Case 6:23-cv-00272-RBD-RMN   Document 1   Filed 02/16/23   Page 9 of 9 PageID 9

DEBORAH L. MOSKOWITZ, ESQUIRE
Florida Bar No. 0119563